UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TRAVON LEWIS STOKES,

Plaintiff,

v.

CHIEF MEDICAL OFFICER, *et al.*,

Defendants.

Case No. 1:26-cv-07048-FJS (PC)

ORDER TO SUBMIT COMPLAINT

ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE

<u>THIRTY (30) DAY DEADLINE</u>

Plaintiff Travon Lewis Stokes ("Plaintiff") is a state prisoner at Kern Valley State Prison. On September 3, 2026, Plaintiff filed a document titled "First Supplemental Decleration [sic] of Travon Lewis Stokes in Support of Pending Emergency Motion for a Temporary Restraining Order" and a civil cover sheet. (ECF Nos. 1, 2.) Plaintiff did not file a civil complaint or pay the $405.00 filing fee or submit an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

To commence an action, Plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and Plaintiff must either pay the required filing fee or file an application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. The court will not issue orders granting or denying relief until an action has been properly commenced. Plaintiff will be provided the opportunity to file a complaint and to submit an application to proceed *in forma pauperis* or the appropriate filing fee.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Clerk of the Court is DIRECTED to send Plaintiff:
   a. A civil rights complaint form; and
   b. An application to proceed *in forma pauperis* by a prisoner;
2. Within thirty (30) days of the date of service of this order, Plaintiff SHALL FILE a complaint, with Case No. 1:26-cv-07048-FJS (PC), that complies with the requirements of the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of California;
3. Within thirty (30) days of the date of service of this order, Plaintiff SHALL SUBMIT the attached application to proceed *in forma pauperis*, completed and signed, with a certified copy of his inmate trust account statement, or in the alternative, pay the $405.00 filing fee for this action; and
4. No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated: **September 8, 2026**

UNITED STATES MAGISTRATE JUDGE