UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TRAVON LEWIS STOKES,

Plaintiff,

v.

CHIEF MEDICAL OFFICER, *et al.*,

Defendants.

Case No. 1:26-cv-07048-FJS (PC)

ORDER STRIKING UNSIGNED FILINGS (ECF Nos. 7, 8, 9)

ORDER REQUIRING PLAINTIFF TO FILE A SIGNED APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE

THIRTY (30) DAY DEADLINE

Plaintiff Travon Lewis Stokes ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983.

On September 3, 2026, Plaintiff filed a document titled "First Supplemental Decleration [sic] of Travon Lewis Stokes in Support of Pending Emergency Motion for a Temporary Restraining Order" and a civil cover sheet. (ECF Nos. 1, 2.) Plaintiff did not file a civil complaint, pay the filing fee, or submit an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Accordingly, on September 8, 2026, the court directed Plaintiff to file a complaint in compliance with the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of California, and to submit an application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $405.00 filing fee for this action. (ECF No. 5.)

On September 21, 2026, Plaintiff filed a prisoner civil rights complaint, motion to appoint counsel, motion to proceed *in forma pauperis*, and a motion for temporary restraining order. (ECF Nos. 6–9.) Only the complaint is signed. (ECF No. 6 at 40.) The remaining motions are typed and include only a typewritten version of Plaintiff's name, but no signature. (ECF No. 7 at 2; ECF No. 8 at 1; ECF No. 9 at 2, 4.)

Both the Federal Rules of Civil Procedure and this court's Local Rules require that all filed pleadings, motions, and papers be signed by at least one attorney of record or by the party personally if the party is unrepresented. Fed. R. Civ. P. 11(a); Local Rule 131(b). As Plaintiff's motions are unsigned, the court must strike them from the record. Plaintiff is cautioned that <u>all future filings must include a signature</u>, and any motion or filing that does not contain a signature will also be stricken from the record.

Plaintiff will be permitted a further opportunity to file a signed application to proceed *in forma pauperis* that complies with the Federal Rules of Civil Procedure and the Local Rules, or to pay the filing fee in full to proceed with this action.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motion to appoint counsel, (ECF No. 7), is STRICKEN from the record for lack of signature;
2. Plaintiff's motion to proceed *in forma pauperis*, (ECF No. 8), is STRICKEN from the record for lack of signature;
3. Plaintiff's motion for temporary restraining order, (ECF No. 9), is STRICKEN from the record for lack of signature;
4. The Clerk of the Court is DIRECTED to send to Plaintiff an application to proceed *in forma pauperis* by a prisoner;
5. Within <u>thirty (30) days</u> of the date of service of this order, Plaintiff SHALL SUBMIT the attached application to proceed *in forma pauperis*, completed and signed, with a certified copy of his inmate trust account statement, or in the alternative, pay the $405.00 filing fee for this action; and

6. Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, without prejudice, for failure to prosecute and failure to obey a court order.

IT IS SO ORDERED.

Dated: **September 24, 2026**

UNITED STATES MAGISTRATE JUDGE